```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

TRUE MANUFACTURING CO., INC.,   )
                                )
          Plaintiff,            )
                                )
     vs.                        )     No. 4:06-CV-230 (CEJ)
                                )
FORTUNE RESOURCES               )
ENTERPRISES, INC.               )
d/b/a Crystal Cooler            )
                                )
          Defendant.            )

## ORDER

**IT IS HEREBY ORDERED** that the parties shall submit complete transcripts of all deposition testimony that is cited in support of or in opposition to a motion. Excerpted portions of a witness's deposition testimony will not be considered by the Court absent a showing of good cause for not submitting the entire transcript.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 25th day of September, 2006.